■ Nicholas Tomei, Respondent, v Town of Riverhead et al., Defendants, and Froehlich Farm Corporation, Appellant. [46 NYS3d 909]—In an action to recover damages for personal injuries, the defendant Froehlich Farm Corporation appeals from an order of the Supreme Court, Suffolk County (Farneti, J.), dated January 9, 2015, which denied its motion pursuant to CPLR 3124 to compel the plaintiff to comply with its demand for an authorization for the release of treatment records from a rehabilitation facility.

Ordered that the order is affirmed, with costs.

The Supreme Court properly denied the appellant's motion to compel the plaintiff to provide an authorization for the release of his treatment records from a rehabilitation facility, as the plaintiff withdrew his claim to recover damages for injuries related to that treatment (*see Alford v City of New York*, 116 AD3d 483 [2014]; *Salazar v 521-533 W. 57th St. Condominium*, 84 AD3d 927 [2011]; *Cruci v General Elec. Co.*, 33 AD3d 840 [2006]; *Goldberg v Fenig*, 300 AD2d 439, 440 [2002]; *Carboni v New York Med. Coll.*, 290 AD2d 473, 473-474 [2002]; *Strong v Brookhaven Mem. Hosp. Med. Ctr.*, 240 AD2d 726 [1997]). Chambers, J.P., Austin, Hinds-Radix and Barros, JJ., concur.